*J. S. Adams* and *M. H. Blackshear,* contra.

---

## DOWLING *et al. v.* McCLAIN *et al.*

HILL, J. The usual general grounds only are relied upon for a reversal in this case. While the evidence on the sole issue in the case, of whether the testator had sufficient testamentary capacity to execute a will at the time it was executed, is conflicting, there is ample evidence to sustain the verdict found by the jury against the probate of the will on that issue.

*Judgment affirmed. All the Justices concur.*

*W. E. & Gordon Mann* and *Maddox, Maddox & Mitchell,* for plaintiffs.

*Julius Rink, M. N. Andrews,* and *Rosser & Shaw,* for defendants.